RUDOLPH SOLOMON, an Infant, by HARRY SOLOMON, His Guardian ad Litem, Respondent, v. RUBEL COAL AND ICE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Appeal from " decision " dismissed.

(Civ. Prac. Act, § 549.)   Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.